**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:08mc24**

| | |
|---|---|
| **STANDING ORDER ALLOWING OUT** | ) |
| **OF COURT USE OF COURT-APPROVED** | ) |
| **INTERPRETERS UPON REQUEST OF** | ) |
| **COURT APPOINTED COUNSEL.** | ) |
| _____ | ) |

  **THIS MATTER** is before the court in accordance with 28, United States Code,

Section 1827.  The court finds that in order for court-appointed counsel to effectively

communicate with their client or with witnesses who do not speak English, it is necessary for

such attorneys to utilize the services of a court-approved interpreter.  Upon request of counsel

made either orally or in writing to the Clerk of this court or to a judicial officer, this Standing

Order may, in the discretion of such officer, be entered allowing such court appointed

counsel to utilize interpretive services consistent with all applicable regulations, laws,

directives, and Orders of this court.  **In no case shall counsel incur interpretive services**

**that exceed the maximum of $1500 without first seeking and obtaining approval from**

**the district court by and through a written motion.** The Clerk of court, or any judicial

officer, may enter this Standing Order *nunc pro tunc* where counsel shows good cause for

making such a late request.

     Signed: June 20, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge